**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  1:25-cv-21920-RAR

OSCAR HERRERA,

    Plaintiff,

v.

ATTON HOTELS MIAMI, LLC, d/b/a
NOVOTEL MIAMI BRICKELL HOTEL,
a Florida limited liability company,

    Defendant.
_____/

<strong><u>JOINT NOTICE OF SETTLEMENT</u></strong>

Plaintiff **OSCAR HERRERA** and Defendant, **ATTON HOTELS MIAMI, LLC d/b/a NOVOTEL MIAMI BRICKELL HOTEL,** notify the Court that the Parties have settled this matter, and are in the process of finalizing a settlement agreement.  The Parties request that the Court allow them thirty days within which to submit their Joint Stipulation of Dismissal with Prejudice.

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A.<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Telephone: 954/362-3800<br>Facsimile: 954/362-3779<br>Email: rhannah@rhannahlaw.com | SHUTTS & BOWEN LLP<br>Attorneys for Defendant<br>200 S. Biscayne Boulevard<br>Suite 4100<br>Miami, Florida  33131<br>(305) 347-7337<br>(305) 347-7837 (Facsimile)<br>rllorens@shutts.com |
| By: s*/ Roderick V. Hannah*<br>    Roderick V. Hannah<br>    Florida Bar No. 435384 | By: *s/ Rene Gonzalez-LLorens*<br>    Rene Gonzalez-LLorens<br>    Florida Bar No. 53790 |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which sent notice to:

| | |
|---|---|
| Roderick V. Hannah, Esq.<br>Roderick V. Hannah, Esq., P.A.<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Telephone: 954/362-3800<br>Facsimile: 954/362-3779<br>Email: rhannah@rhannahlaw.com | Pelayo M. Duran, Esq.<br>Law Office of Pelayo Duran, P.A.<br>Counsel for Plaintiff<br>4640 N.W. 7thStreet<br>Miami, FL 33126-2309<br>Telephone: 305/266-9780<br>Facsimile: 305/269-8311<br>Email: duranandassociates@gmail.com |

                       *s/ Rene Gonzalez-LLorens*
                       Rene Gonzalez-LLorens

MIADOCS 29988978 1