UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21920-RAR

**OSCAR HERRERA**,

    Plaintiff,

v.

**ATTON HOTELS MIAMI, LLC,**
*d/b/a* **NOVOTEL MIAMI BRICKELL HOTEL**,

    Defendant.
_____/

<u>**ORDER OF DISMISSAL**</u>

**THIS CAUSE** comes before the Court upon the Parties' Stipulation of Dismissal with Prejudice ("Stipulation"), [ECF No. 12], filed on June 5, 2025. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each Party to bear his or its own attorneys' fees, expert fees, paralegals' fees, and costs. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of June, 2025.

                                                   **RODOLFO A. RUIZ II**
                                                   **UNITED STATES DISTRICT JUDGE**